1  Farimah Faiz Brown, City Attorney (State Bar No. 201227)
2  Brendan Darrow, Assistant City Attorney (State Bar No. 273413)
   Marc Shapp, Deputy City Attorney (State Bar No. 266805)
3  BERKELEY CITY ATTORNEY'S OFFICE
   2180 Milvia Street, Fourth Floor
4  Berkeley, CA 94704
   Telephone: (510) 981-6997
5  Facsimile: (510) 981-6960
   Email: MShapp@berkeleyca.gov

6  Attorneys for Defendant CITY OF BERKELEY

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | DIANE FISHER, et al.,              | Case No.  3:24-CV-08134-CRB
12 |         Plaintiffs,                 |
                                         | **STIPULATION TO EXTEND
13 | v.                                  | DEFENDANTS' DEADLINE TO FILE
                                         | RESPONSE TO COMPLAINT**
14 | CITY OF BERKELEY, et al.            |
15 |         Defendant.                  |
                                         | Action Filed: November 19, 2024
16 |                                     |
17 |                                     |

Pursuant to Local Rule 6-1, Plaintiffs DIANE FISHER, STACI PRADCO, and MARK TAYNE and Defendants CITY OF BERKELEY, PAUL BUDDENHAGEN, PETER RADU, and OKEYA VANCE-DOZIER (collectively, "Defendants"), through the undersigned hereby stipulate to extend the deadline for Defendants to respond to the Complaint until **January 13, 2025**. Said stipulation will not alter the date of any event or any deadline already fixed by Court order, and therefore this stipulation may be agreed without Court order.

Dated: January 5, 2025           By:   */s/ Marc Shapp*

                                        MARC SHAPP
                                        Attorneys for Defendants

Dated: January 5, 2025           By:   */s/ Diane Fisher*

                                        DIANE FISHER
                                        Plaintiff Pro Se

Dated: January 5, 2025           By:   */s/ Staci Prado*

                                        STACI PRADO
                                        Plaintiff Pro Se

Dated: January 5, 2025           By:   */s/ Mark Tayne*

                                        MARK TAYNE
                                        Plaintiff Pro Se

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I, Marc Shapp, attest that concurrence in the filing of this document has been obtained from all signatories.