IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DIANE FISHER, et al.,

           Plaintiffs,

      v.

CITY OF BERKELEY, et al.,

           Defendants.

Case No.  24-cv-08134-CRB

**JUDICIAL REFERRAL FOR THE PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Local Civil Rule 3-12(c), the above-entitled case is hereby referred to the Honorable Edward M. Chen for consideration whether the case is related to <u>Prado v. City of Berkeley</u>, No. 23-cv-4537-EMC (N.D. Cal. filed Sept. 4, 2023).  The parties may file a response in opposition to or support of relating the cases within 14 days of this order. See Loc. Civ. Rule 3-12(e).

      **IT IS SO ORDERED.**

      Dated: January 8, 2025



CHARLES R. BREYER
United States District Judge