UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE FISHER, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>CITY OF BERKELEY, et al.,<br><br>  Defendants. | Case No. 24-cv-08134-EMC<br><br>**ORDER TO SHOW CAUSE:**<br>**Dismissal of Claims Against Individual Defendants Without Prejudice** |

This is a civil rights case brought by Plaintiffs Diane Fisher, Staci Prado, and Mark Tayne against Defendants City of Berkeley, Paul Buddenhagen, Peter Radu, and Okeya Vance-Dozier. On January 20, 2025, Plaintiffs Diane Fisher and Staci Prado voluntarily dismissed their claims against the City of Berkeley without prejudice. Dkts. 19 and 20. On February 3, 2025, Gordon Gilmore, a representative for the Berkeley Homeless Union, filed a declaration explaining that Mark Tayne's notice of voluntary dismissal would "be obtained momentarily." Dkt. 22. Pursuant to the Court's February 19, 2025 order, Mark Tayne is to file his notice of voluntary dismissal by March 21, 2025. Dkt. 25.

The Court hereby **ORDERS** that Plaintiffs **SHOW CAUSE** on or before March 21, 2025, why the claims against the individual defendants in this action (Paul Buddenhagen, Peter Radu, and Okeya Vance-Dozier) should not be dismissed without prejudice. If Plaintiffs fail to respond to this Order by March 21, 2025, or if the responses fail to show good cause, the Court will dismiss all claims against the individual defendants without prejudice.

**IT IS SO ORDERED**.

Dated: March 3, 2025

_____
EDWARD M. CHEN
United States District Judge