UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE FISHER, et al., <br>     Plaintiffs, <br> v. <br> CITY OF BERKELEY, et al., <br>     Defendants. | Case No. 24-cv-08134-EMC <br><br> **ORDER DISMISSING PLAINTIFFS' CLAIMS WITHOUT PREJUDICE** |

This is a civil rights case brought by Plaintiffs Diane Fisher, Staci Prado, and Mark Tayne against Defendants City of Berkeley, Paul Buddenhagen, Peter Radu, and Okeya Vance-Dozier. On January 20, 2025, Plaintiffs Diane Fisher and Staci Prado voluntarily dismissed their claims against the City of Berkeley without prejudice. Dkts. 19 and 20. On March 5, 2025, Plaintiff Mark Payne dismissed his claims against the City of Berkeley without prejudice. Dkt. 27.

On March 3, 2025, the Court ordered Plaintiffs to show cause why their claims against the individual defendants should not be dismissed without prejudice. The Court stated that "[i]f Plaintiffs fail to respond…by March 21, 2025…the Court [would]…dismiss all claims against the individual defendants without prejudice." Dkt. 26. No Plaintiff responded. Thus, the Court dismisses Plaintiffs' claims against all Defendants without prejudice.

**IT IS SO ORDERED**.

Dated: March, 26, 2025

_____
EDWARD M. CHEN
United States District Judge